IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOROTHY HAWKINS,<br>　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social<br>Security Administration,<br>　　Defendant. | §<br>§<br>§<br>§　Civil Action No.  3:19-CV-1995-M (BH)<br>§<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED** this 28th day of August, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE